UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. _____

**In re: 735 Big Barn Road, Tyner, KY 40486**

THE UNITED STATES OF AMERICA

                                                                               PLAINTIFF

VS.

UNKNOWN HEIRS OF THE ESTATE OF KATTIE CREECH AKA KATIE CREECH
**Serve via warning order attorney:**     **735 Big Barn Road**
                                                        **Tymer, KY 40486**


UNKNOWN EXECUTOR/ADMINISTRATOR OF THE ESTATE OF KATTIE CREECH AKA KATIE CREECH
**Serve via warning order attorney:**     **735 Big Barn Road**
                                                        **Tymer, KY 40486**


RANDY ADKINS AKA RANDALL ADKINS
**Serve via certified mail:**         **448 Lower Hays Rd**
                                            **Mckee, KY 40447**

UNKNOWN SPOUSE OF RANDY ADKINS
**Serve via warning order attorney:**     **448 Lower Hays Rd**
                                                        **Mckee, KY 40447**

TONYA EVANS
**Serve via certified mail:**         **90 Collier School Road**
                                              **Annville, KY 40402**

UNKNOWN SPOUSE OF TONYA EVANS
**Serve via warning order attorney:**     **90 Collier School Road**
                                                        **Annville, KY 40402**

RHONDA LYNN BREWER
**Serve via certified mail:**         **240 Welchburg Estates Road**
                                              **Annville, KY 40402**

UNKNOWN SPOUSE OF RHONDA LYNN BREWER
**Serve via warning order attorney:**     **240 Welchburg Estates Road**
                                                      **Annville, KY 40402**

COMMONWEALTH OF KENTUCKY, DIVISION OF UNEMPLOYMENT INSURANCE
**Serve via certified mail:**     c/o Attorney General, Capitol Building, Ste 118,
                                  700 Capitol Ave.
                                  Frankfort, KY 40621

ASSET ACCEPTANCE, LLC
**Serve via certified mail:**     c/o Corporation Service Company, Registered Agent
                                  421 West Main St
                                  Frankfort, KY 40601

CAPITAL ONE SERVICES, INC.
**Serve via certified mail:**     c/o Molly E. Rose, or Authorized Agent
                                  Morgan & Pottinger
                                  401 S. 4th St., #1200
                                  Louisville, KY 40202

AND

DANIEL BOONE COMMUNITY ACTION AGENCY, INC.
**Serve via certified mail:**     c/o Mike Buckles, Registered Agent
                                  1535 Shamrock Road
                                  Manchester, KY 40962

                                                                        DEFENDANTS

## IN REM COMPLAINT

\*\*\*\*\*\*\*\*

Comes now the Plaintiff, the United States of America, by and through counsel, and for its Complaint and cause of action against the Defendants states as follows:

1. This real estate mortgage foreclosure action is brought by the United States of America, on behalf of its Department of Agriculture, Rural Development (hereinafter "RD"), f/k/a Farmer's home Administration (FmHA) pursuant to Title 28, United States Code, Section 1345.

2. On or about May 4, 2010, Kattie Creech aka Katie Creech and Jimmy Creech, (both Deceased) for value received, executed and delivered to RD a promissory mortgage note (hereinafter "Note") in the principal amount of $46,257.00, bearing interest at the rate of

4.875% percent per annum, the Note calling for monthly payments of principal and interest. A copy of this Note is attached hereto marked **Exhibit A**, and hereby incorporated by reference as if set forth at length herein.

3. Contemporaneously with the execution of the Note, Kattie Creech aka Katie Creech, Deceased and Jimmy Creech, Deceased, executed, acknowledged, and delivered to RD a real estate mortgage (hereinafter "Mortgage"), which was recorded on May 4, 2010, in Mortgage Book 174, page 533, in the Commonwealth of Kentucky, Jackson County Clerk's Office. In and by this Mortgage, said borrowers granted to RD a first mortgage lien against the real property described in the Mortgage located in Jackson County, Kentucky (hereinafter "Property"). A copy of this Mortgage is attached hereto marked **Exhibit B**, and is hereby incorporated by reference as if set forth at length herein.

4. Contemporaneously with the execution of the Note and Mortgage, Kattie Creech aka Katie Creech, Deceased and Jimmy Creech, Deceased executed, acknowledged, and delivered to RD a Subsidy Repayment Agreement (hereinafter "Subsidy Agreement"). A copy of this Subsidy Agreement is attached hereto marked **Exhibit C**, and hereby incorporated by reference as if set forth at length herein.

5. By virtue of all of the foregoing, the real property which is the subject of this mortgage foreclosure action consists of a tract of land located in Jackson County, Kentucky, and more particularly described as follows:

A CERTAIN TRACT OF PARCEL OF LAND LYING ON THE WEST SIDE OF BIG BARN ROAD (A.K.A HERD-ELIAS ROAD) APPROXIMATELY 0.6 MILES NE OF IT'S JUNCTION WITH KY HWY 1431, BEING A PORTION OF TRACT #2 OF THE SAME LAND DESCRIBED IN DEED BOOK 168 AT PAGE 402, BEING IN THE HERD COMMUNITY OF JACKSON COUNTY, STATE OF KENTUCKY, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A 5/8" X 20" STEEL ROD AND PLASTIC CAP STAMPED JDB LS 3409 SET 20' WEST OF THE APPROXIMATE CENTERLINE OF BIG BARN ROAD (AKA HERD-ELIAS ROAD), A NEW CORNER, THENCE RUNNING PARALLEL TO SAID APPROXIMATE CENTERLINE: S 09°17'30"E 67.95 FEET TO A POINT, S 05°51'21" E 51.58 FEET TO A 5/8" X 20" STEEL ROD AND PLASTIC CAP STAMPED JDB LS 3409 SET, THENCE LEAVING SAID ROAD AND RUNNING (3) THREE NEW LINES TO SEVER THE PARENT TRACT: S 82°49'11" W 218.59 FEET TO A 5/8" X 20" STEEL ROD AND PLASTIC CAP STAMPED JDB LS 3409 SET (REFERENCED BY A FOUND ½" STEEL ROD WITH NO CAP, BEING CORNER 3 OF AN EASEMENT ROAD RECORDED IN R/O/W BOOK 007 PAGE 435 AND BEARS: S 62°57'35" W 652.55 FEET), THENCE N 08°23'07" W 118.03 FEET TO A 5/8" X 20" STEEL ROD AND PLASTIC CAP STAMPED JDB LS 3409 SET (REFERENCED BY A FOUND ½" STEEL ROD WITH NO CAP, BEING CORNER 4 OF AN EASEMENT ROAD RECORDED IN R/O/W BOOK 007, PAGE 435 AND BEARS: S 54°33'41" W 671.02 FEET), THENCE N 82°26'08" E 219.76 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.60 ACRES (SIX-TENTHS), ALL ACCORDING TO A SURVEY PERFORMED BY BLANTON LAND SURVEYING, JAMES D. BLANTON KY PLS#3409 IN FEBRUARY OF 2010, THE TRACT OR PARCEL DESCRIBED HEREON IS SUBJECT TO ANY AND ALL EASEMENTS, RIGHTS OF WAY ETC. AND MAY NOT BE SHOWN BY THIS SURVEY DESCRIPTION OR SURVEY PLAT PROVIDED TO THE CLIENT.  ALL BEARINGS GIVEN HEREIN ARE REFERENCED TO THE 2005 MAGNETIC MERIDIAN AS OBTAINED BY LOCATING CORNERS OF THE EASEMENT RECORDED IN R/O/W BOOK 007 PAGE 435 THEN ANGLES WERE TURNED THEREFROM.

Being the same property conveyed to Jimmy Creech and Kattie Creech, husband and wife, by deed dated May 4, 2010, of record in Deed Book 191, Page 141, in the office of the Jackson County Clerk.  Jimmie Creech died on February 20, 2015 and by virtue of the right of survivorship clause in the source deed, the property vested solely with Kattie Creech.  Upon information and belief of the Plaintiff, Kattie Creech died intestate on January 16, 2016, and the property has vested with the known heirs of Kattie Creech, Randy Adkins aka Randall Adkins, Tonya Evans, and Rhonda Lynn Brewer, as well as any Unknown Heirs.

**Property Address**:   735 Big Barn Road, Tyner KY 40486

6. The Defendants, and/or said borrowers, have failed and continue to fail to make payments of principal and interest due in accordance with the terms and conditions of the said Note and Mortgage and are, therefore, in default.

7. Paragraph (22) of the Mortgage provides that if default occurs in the performance or discharge of any obligation of the Mortgage, then RD shall have the right to accelerate and declare the entire amount of all unpaid principal together with all accrued and accruing interest to be immediately due and payable and to bring an action to enforce the Mortgage, including the foreclosure of the lien thereof.  Because of the Default of the Defendants, and/or said borrower, as set forth above, RD caused a Notice of Acceleration of Indebtedness and Demand for Payment to be issued to said Defendants declaring the entire indebtedness due upon the said Note and Mortgage to be immediately due and payable, which demand has been refused.

8. Paragraph (1) of the Subsidy provides that subsidy received in accordance with a loan under section 521 of the Housing Act of 1949 is repayable to the Government upon the disposition or nonoccupancy of the security property.

9. The unpaid principal balance on the Mortgage and Note is $42,545.57, with accrued interest of $4,546.00 through February 22, 2018, with the total subsidy granted of $5,860.29, with escrow in the amount of $25.00, with late charges in the amount of $16.68, plus additional fees assessed of $4,980.32, for a total unpaid balance due of $57,973.86.  Interest is accruing on the unpaid principal balance at the rate of $6.3188 per day after February 22, 2018.  An Affidavit of Proof Statement of Account signed by RD Foreclosure Representative, Kimberly Williamson, is attached hereto marked **Exhibit D**, and is incorporated herein as if set forth verbatim.

10. Jimmy Creech died on February 20, 2015, and his interest in the real property which is the subject matter of this action passed to his wife, Kattie Creech aka Katie Creech by

virtue of the survivorship clause contained in the vesting Deed. A copy of the Death Certificate of Jimmy Creech is attached hereto as **Exhibit E**.

11. Kattie Creech aka Katie Creech died intestate and unmarried on January 6, 2016. As a result, her Known and Unknown Heirs acquired title to the property by virtue of the laws of intestacy in the Commonwealth of Kentucky. A copy of the Death Certificate of Kattie Creech aka Katie Creech is attached hereto as **Exhibit F**.

12. The Defendant, Unknown Heirs of the Estate of Kattie Creech aka Katie Creech, may claim an interest in the property by virtue of being Heirs of Kattie Creech aka Katie Creech. Said Defendants' interest in or claims on the property are inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the property free and clear of any interest therein or claim thereon in favor of the Defendant, Unknown Heirs of the Estate of Kattie Creech aka Katie Creech, and the Plaintiff calls upon said Defendants to come forth and asset their claims on or interest in the property, if any, and offer proof thereof, or be forever barred.

13. The Defendant, Unknown Executor/Administrator of the Estate of Kattie Creech aka Katie Creech, may claim an interest in the property in his, or her, capacity as Executor/Administrator. Said Defendants' interest in or claims on the property are inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the property free and clear of any interest therein or claim thereon in favor of the Defendant, Unknown Executor/Administrator of the Estate of Kattie Creech aka Katie Creech, and the Plaintiff calls upon said Defendants to come forth and asset their claims on or interest in the property, if any, and offer proof thereof, or be forever barred.

14. The Defendants, Randy Adkins aka Randall Adkins, Tonya Evans, and Rhonda Lynn Brewer, may claim an interest in the property as Heirs of the Estate of Kattie Creech aka Katie Creech. Said Defendants' interest in or claim on the property is inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the property free and clear of any interest therein or claim thereon in favor of the Defendants, Randy Adkins aka Randall Adkins, Tonya Evans, and Rhonda Lynn Brewer, and the Plaintiff calls upon said Defendant to come forth and assert their claim on or interest in the property, if any, and offer proof thereof, or be forever barred.

15. The Defendant, Commonwealth Of Kentucky, Division of Unemployment Insurance, may claim an interest in the Property by virtue of two separate Recoupment Liens, which were recorded on July 25, 2002, in Book 10, Page 166, and also on December 19, 2013, in Book 23, Page 279 in the Commonwealth of Kentucky, Jackson County Clerk's Office. Copies of the Liens are attached hereto marked **Exhibits G and H**, and are hereby incorporated by reference as if set forth at length herein. Said Defendant's interest in or claim on the Property is inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the Property free and clear of any interest therein or claim thereon in favor of the Defendant, Commonwealth Of Kentucky, Division Of Unemployment Insurance, and the Plaintiff calls upon said Defendant to come forth and assert its claim on or interest in the property, if any, and offer proof thereof, or be forever barred.

16. The Defendant, Asset Acceptance, LLC, may claim an interest in the Property by virtue of an unreleased Judgment lien, which was recorded on May 8, 2009, in Book 16, Page

438, in the Commonwealth of Kentucky, Jackson County Clerk's Office. Copy of the Lien is attached hereto marked **Exhibit I** and is hereby incorporated by reference as if set forth at length herein. Said Defendant's interest in or claim on the Property is inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the Property free and clear of any interest therein or claim thereon in favor of the Defendant, Asset Acceptance, LLC, and the Plaintiff calls upon said Defendant to come forth and assert its claim on or interest in the property, if any, and offer proof thereof, or be forever barred.

17. The Defendant, Capital One Services, Inc., may claim an interest in the Property by virtue of an unreleased Judgment lien, which was recorded on July 25, 2002, in Book 10, Page 255, in the Commonwealth of Kentucky, Jackson County Clerk's Office. Copy of the Lien is attached hereto marked **Exhibit J**, and is hereby incorporated by reference as if set forth at length herein. Said Defendant's interest in or claim on the Property is inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD. RD is entitled to a foreclosure sale of the Property free and clear of any interest therein or claim thereon in favor of the Defendant, Capital One Services, Inc., and the Plaintiff calls upon said Defendant to come forth and assert its claim on or interest in the property, if any, and offer proof thereof, or be forever barred.

18. The Defendant, Daniel Boone Community Action Agency, Inc. may claim an interest in the Property by virtue of a Mortgage, which was recorded on May 4, 2010, in Mortgage Book 174, Page 540, in the Commonwealth of Kentucky, Jackson County Clerk's Office. Copy of the Lien is attached hereto marked **Exhibit K**, and is hereby incorporated by reference as if set forth at length herein. Said Defendant's interest in or claim on the

Property is inferior in rank and subordinate in priority to the mortgage lien on the Property in favor of RD.  RD is entitled to a foreclosure sale of the Property free and clear of any interest therein or claim thereon in favor of the Defendant, Daniel Boone Community Action Agency, Inc., and the Plaintiff calls upon said Defendant to come forth and assert its claim on or interest in the property, if any, and offer proof thereof, or be forever barred.

19. The Property is indivisible and cannot be divided without materially impairing its value and the value of RD's lien thereon.

20. The lien on the Property in favor of RD by virtue of the Mortgage is first, prior and superior to all other claims, interests and liens in and to the Property except for liens securing the payment of ad valorem property taxes.

21. There are no other individuals or entities purporting to have an interest in the Property known to RD.

WHEREFORE, the Plaintiff, the RD, prays for relief as follows:

    a.    That the RD be awarded a judgment, as the total amount owing is $57,973.86, as of February 21, 2018.  Interest is accruing on the unpaid principal balance at the rate of $6.3188 per day after February 21, 2018, until entry of judgment herein, and thereafter according to law, plus costs, disbursement and expenses.

    b.    That RD be adjudged a lien on the subject Property, prior and superior to any and all other liens, claims, interests, and demands, except liens for unpaid real estate ad valorem taxes and except as set forth above; and for an Order of Sale of the Property in accordance with Title 28, United States Code, Sections 2001- 2003, inclusive; that the Property be sold free and clear of any and all

      liens and claims for any and all parties to this action, except for real estate restrictions and easements of record, and any city, county, state, or school ad valorem taxes which may be due and payable thereon at the time of sale; and free and clear of any rider equity of redemption; and that the proceeds from the sale be applied first to the costs of this action, second to the debt, interest, costs, and fees due the Plaintiff, with the balance remaining to be distributed to the parties as their liens and interests may appear.

c.     That the Property be adjudged indivisible and be sold as a whole.

d.     That all Defendants be required to Answer and set up their respective liens, claims, or interests in the Property, if any, or be forever barred.

e.     For any and all other lawful relief to which the Plaintiff may appear properly entitled.

                                          Respectfully submitted,
                                          Clunk, Hoose Co., LPA

                                          /s/ Travis W. Thompson
                                          Travis W. Thompson KBA No. 91275
                                          ATTORNEY FOR PLAINTIFF
                                          THE UNITED STATES OF AMERICA
                                          2360 Chauvin Drive, Suite 204
                                          Lexington, KY 40517-3917
                                          Telephone:    502-867-6758
                                          Facsimile:     502-867-6761
                                          Email:         tthompson@clunkhoose.com
                                          File No. 18-00590