UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CASE NO. 6: 18-CV-00145-GFVT

THE UNITED STATES OF AMERICA,                                        PLAINTIFF,

vs.

UNKNOWN HEIRS OF THE ESTATE
OF KATTIE CREECH AKA KATIE CREECH

UNKNOWN EXECUTOR/ADMINISTRATOR
OF THE ESTATE OF KATTIE CREECH

RANDY ADKINS

UNKNOWN SPOUSE OF RANDY ADKINS

TONYA EVANS

UNKNOWN SPOUSE OF TONYA EVANS

RHONDA LYNN BREWER

UNKNOWN SPOUSE OF RHONDA BREWER

COMMONWEALTH OF KENTUCKY, DIVISION OF UNEMPLOYMENT INSURANCE

ASSETS ACCEPTANCE, LLC

CAPITAL ONE SERVICES, INC.

AND

DANIEL BOONE COMMUNITY ACTION AGENCY, INC.              DEFENDANTS.

DEFENDANT, DANIEL BOONE COMMUNITY ACTION AGENCY, INC., ANSWER

The Defendant, Daniel Boone Community Action Agency, Inc., by and through counsel, for its answer to the Plaintiff's complaint states as follows:

FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted and therefore should be dismissed.

SECOND DEFENSE

The Defendant, Daniel Boone Community Action Agency, Inc., pleads the affirmative defenses set forth in civil rule 8.03, including but not limited to estoppel.

THIRD DEFENSE

The Defendant, Daniel Boone Community Action Agency, Inc., is the holder of a certain mortgage a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference,

and a note, attached as Exhibit "B" and incorporated herein by reference, both dated May 4th,

2010, between Kattie Creech, and her husband, Jimmy Creech, as Mortgagors

and Makers respectively, the mortgage being recorded in mortgage book 174 at Page 540, records

of the Jackson County Clerk's Office, McKee, Kentucky.

The Defendant, Daniel Boone Community Action Agency, Inc., fka Daniel Boone Development Council, is a non-profit corporation organized under the laws of Kentucky with a principal address of 1535 Shamrock Road, Manchester, Kentucky 40962, and its agent for service at said address is Mike Buckles. The Defendant, Daniel Boone Community Action Agency, Inc., admits to all things of record in the Jackson County Clerk's Office, McKee, Kentucky. The Defendant, Daniel Boone Community Action Agency, Inc., admits paragraphs number 1, 2, 3, 4, 5, 10, 11, 12, 13, 14, 15, and 16 of the Plaintiff's complaint. The Defendant, Daniel Boone Community Action Agency, Inc., is without sufficient information or knowledge

sufficient to form a belief as to the truth of the remaining factual allegations contained in the Plaintiff's complaint in paragraphs numbered: 6, 7, 8, 9, 19, 20, and 21 and therefore denies the same generally.

WHEREFORE, the Defendant, Daniel Boone Community Action Agency, Inc., hereby requests as follows:

1) That the Defendant, Daniel Boone Community Action Agency, Inc., is the holder of a secondary mortgage and note on the property described in the mortgage recorded in mortgage book 174, at Page 540, records of the Jackson County Clerk's Office, McKee, Kentucky.

2) All other relief to which the Defendant, Daniel Boone Community Action Agency, Inc. may be entitled.

DEFENDANT, DANIEL BOONE COMMUNITY ACTION AGENCY, INC., fka DANIEL BOONE DEVELOPMENT COUNCIL, COUNTER CLAIM AND CROSS CLAIM

Comes now, the Defendant, Daniel Boone Community Action Agency, Inc., a Kentucky Non-Profit Corporation, by and through its undersigned attorney and for its cross claim and counter claim hereby states as follows:

1) The Defendant, Daniel Boone Community Action Agency, Inc., is a non-profit Kentucky Corporation, with a principal address of 1535 Shamrock Road, Manchester, Kentucky, and whose registered agent at said address is Mike Buckles, and said corporation was formerly known as Daniel Boone Development Council, who is the holder of a mortgage and note attached as Exhibits "A" and Exhibit "B" respectively reference to both of which is hereby made and incorporated herein.

2) That Katie Creech, had a last known address of P.O. Box 634, McKee, Kentucky 40447, and it is the understanding and belief of the Defendant, Daniel Boone Community Action Agency, Inc., that she is now deceased, and her heirs are unknown.

3) That Jimmy Creech, had a last known address of P.O. Box 634, McKee, Kentucky 40447, and it is the understanding and belief of the Defendant, Daniel Boone Community Action Agency, Inc., that he is now deceased having passed away before his wife, Katie Creech.

4) That Jimmy Creech and Katie Creech signed and executed a mortgage in favor of the Defendant, Daniel Boone Community Action Agency, Inc. against the property more fully described in said mortgage shown in Exhibit "A" hereto, reference to which is made for a more particular description, and said mortgage was recorded in Mortgage Book 174, at Page 574, records of the Jackson County Clerk's Office, McKee, Kentucky.

5) The Defendant, Daniel Boone Community Action Agency, Inc., fka Daniel Boone Development Council, is holder of a mortgage lien against the property subject only to the mortgage of the Plaintiff, United States of America, and unpaid ad valorem real property taxes.

6) For value received, Katie Creech and Jimmy Creech, wife and husband, executed a promissory note to the Defendant, Daniel Boone Community Action Agency, Inc., dated May 10th, 2010, in the principal amount of Forty Thousand Dollars and No Cents ($40,000.00), under the Federal HOME Investment Partnership Program.

7) As of May 18, 2018, Katie Creech and Jimmy Creech owed to the Defendant, Daniel Boone Community Action Agency, Inc., fka Daniel Boone Development Council, the sum of $8,000.00, plus interest at the default rate of 12 % per annum as stated in the note attached in Exhibit "B".

8) The above described property is indivisible and can not be divided without materially impairing its value, the interests of the parties.

9) The Defendant, Daniel Boone Community Action Agency, Inc., has employed outside unsalaried counsel in an attempt to collect the above reference indebtedness and is therefore entitled to it's reasonable attorney fees and costs in this action as provided for in the respective loan documents.

10) The Plaintiff-Counter Defendant, The United States of America, is the holder of a certain note and mortgage through the Department of Rural Development, dated May 4, 2010, which is a first lien against the property, as more fully set out in the Plaintiff's complaint.

11) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 10 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

12) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 11 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

13) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 12 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

14) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 13 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

15) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates

by reference paragraph numbered 14 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

16) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 15 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

17) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 16 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs as it fully set out.

18) The Defendant, Daniel Boone Community Action Agency, Inc., incorporates by reference paragraph numbered 17 of the original Plaintiff's complaint including but not limited to all Exhibits referenced in said paragraphs and attached to the complaint.

**WHEREFORE**, the Defendant, Daniel Boone Community Action Agency, Inc. for its cross claim and counterclaim herein, respectfully demands as follows:

1) A judgment in favor of the Defendant, Daniel Boone Community Action Agency, Inc., in the amount of $8,000.00, plus interest, attorney fees, and costs.

2) That the Defendant, Daniel Boone Community Action Agency, Inc., be adjudged to have a valid secondary mortgage against the property subject only to the Plaintiff's mortgage and ad valorem taxes.

3) That the mortgage lien be enforced and to the property be sold at auction and the sale proceeds to be distributed to the parties hereto as their liens or interests appear.

4) That the parties named herein be required to answer and set forth their interests in the subject property, if any, or forever be barred.

5) For any and all other relief to which the Defendant, Daniel Boone Community Action Agency, Inc. may appear to be entitled.

        Respectfully Submitted,
        <u>s/Michael Cunnagin</u>
        MICHAEL CUNNAGIN
        CUNNAGIN AND CUNNAGIN, PLC
        P.O. BOX 1070
        LONDON, KENTUCKY 40741-1070
        (606) 864-7347

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that a copy of the foregoing Answer, Counterclaim and Crossclaim was served on the following:

Clunk, Hoouse Co., LPC     Via electronicserve @ tthompson@clunkhoose.com
Travis W Thompson
2360 Chauvin Drive, Suite 204
Lexington KY 40517-3917

and by US Mail to the following:

Randy Adkins, a/k/a Randall Adkins
448 Lower Hays Rd
McKee KY 40447

Tonya Evans
90 Collier School Road
Annville, KY 40402

Rhonda Lynn Brewer
240 Welchburg Estates Road
Annville KY 40402

Commonwealth of Kentucky
Division of Unemployment Insurance
c/o Attorney General, Capitol Building, Ste 118
700 Capital Ave.
Frankfort, KY 40621

Asset Acceptance LLC
c/o Corporation Service Company
421 West Main Street

Frankfort, KY 40601

Capital One Services, Inc.
C/o Molly E Rose
Morgan & Pottinger
401 S 4th Street, #1200
Louisville KY 40202

Douglas Glenn Benge
Cessna and Benge
203 S Main Street
London, KY 407431-1906

Eric S. Edwards
Edwards Law Office
P. O. Box 2216
London KY 40743

Julie Roberts Gillum
Gillum & Gillum
117 N Main Street
P O Box 1147
Somerset KY 42502-1147

Bryan Kenneth Sergent
Hamm, Milby & Ridings
120 N Main
London, KY 40741

This the 6th day of June, 2018.

                s/Michael C. Cunnagin
                Michael C Cunnagin
                Cunnagin & Cunnagin, PLC
                P O Box 1070 - 201 S Main Street
                London KY 40473-1070
                Phone: (606) 864-7347
                e-mail: cunnaginlaw@roadrunner.com

z:DBCAA-CREECH