Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

U. S. District Court
Eastern District
300 South Main Street
PO Box 5121
London, KY 40745-5121

Eastern District of Kentucky
**FILED**

**JUL 13 2018**

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 6:18-CV-145-GFVT

DEFENDANT: **CAPITAL ONE SERVICES, INC.**

DATE: July 9, 2018

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

June 26, 2018

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

June 26, 2018

We are enclosing the return receipt confirming receipt of summons.