

**NTP**
**Transmittal Number: 19444813**

## Rejection of Service of Process

**Return to Sender Information:**

U.S. District Court Clerk null
Eastern District of Kentucky
310 S. Main Street
London, KY 40741

Eastern District of Kentucky
**FILED**

MAR 13 2019

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| **Date:** | 03/04/2019 |
| **Party Served:** | Asset Acceptance, LLC |
| **Title of Action:** | United States of America vs. Unknown heirs of the Estate of Kattie Creech aka Katie Creech, and unknown Executor/Administrator of the Estate of Kattie Creech aka Katie Creech |
| **Court/Agency:** | U.S. District Court, Eastern District, KY |
| **Case/Reference No:** | 6:18-CV-00145-GFVT |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for the reason listed below:

According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve. It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com